IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 17 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| BARRY POLLACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 03-2882-D/P |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Per the Court's order dated May 20, 2005, the Court has granted the United States' motion for summary judgment. Therefore, the Court ORDERS

(1) This case is DISMISSED WITH PREJUDICE; and

(2) The Clerk shall enter judgment for the defendant and against plaintiff.

So ordered this 17th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-20-05


## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 1st day of June, 2005, by mailing, postage prepaid, addressed to:

> Jerry H. Schwartz
> 5100 Poplar Ave., Suite 2700
> Memphis, TN 38137

JASON S. ZARIN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02882 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Jerry Hanover Schwartz
LAW OFFICE OF JERRY SCHWARTZ
6256 Poplar Ave.
Memphis, TN 38119

Jason S. Zarin
U.S. DEPARTMENT OF JUSTICE
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable Bernice Donald
US DISTRICT COURT