UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21  AM 11:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**BARRY S. POLLACK**

v.

**UNITED STATES OF AMERICA**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 03-2882-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Second Motion For Reconsideration entered on May 20, 2005, this cause is hereby dismissed.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 20, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_[signature]_
(By) / Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:03-CV-02882 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Jerry Hanover Schwartz
LAW OFFICE OF JERRY SCHWARTZ
6256 Poplar Ave.
Memphis, TN 38119

Jason S. Zarin
U.S. DEPARTMENT OF JUSTICE
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable Bernice Donald
US DISTRICT COURT